UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GAGANPREET SINGH,

                              Petitioner,

          v.                                          26-CV-06410-EAW

JAMES BAUSCH, Acting Deputy Field Office Director,
Buffalo Federal Detention Facility,

TODD M. LYONS, Senior Official Performing the Duties of the
Director, U.S. Immigration and Customs Enforcement, and

MARKWAYNE MULLIN, Secretary of Homeland Security,

                              Respondents.[1]

_____

## NOTICE OF APPEARANCE

**TO:   Clerk of the United States District Court
        For the Western District of New York**

You are hereby requested to enter my appearance as counsel for the Respondents in

the above-entitled action.

                              MICHAEL DIGIACOMO
                              United States Attorney

          BY:   /s/ADAM A. KHALIL
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                100 State Street, Suite 500
                Rochester, New York 14614
                (585) 399-3979
                adam.khalil@usdoj.gov

---

[1] James Bausch is automatically substituted in place of the "Warden" title placeholder pursuant to Federal Rule of Civil Procedure 25(d). Both his title and Respondent Lyons' title have been corrected.