

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*100 State Street, Suite 500*          *(585) 263-6760*
*Rochester, New York 14614*          *fax (585) 399-3920*
                              *Writer's Direct: (585) 399-3979*
                              *Adam.Khalil@usdoj.gov*

April 24, 2026

The Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

   **Re:** <u>**Singh v. Lyons, et al.**</u>
     **26-CV-06410-EAW**

Dear Chief Judge Wolford:

   A bond hearing was held in accordance with this Court's Order, at which an immigration judge ordered Petitioner be released upon payment of bond in the amount of $20,000.00. A copy of the order is attached.

        Respectfully submitted,

        MICHAEL DIGIACOMO
        United States Attorney
        Western District of New York

     BY: /s/ Adam A. Khalil
       Assistant United States Attorney



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BATAVIA IMMIGRATION COURT**

Respondent Name:

SINGH, GAGANPREET

To:

KAMBO, RAJAN
366 North Broadway
Suite 405
Jericho, NY 11753

A-Number:
241-983-283
Riders:
In Custody Redetermination Proceedings

Date:
04/22/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐   Denied, because

☑   Granted. It is ordered that Respondent be:
   ☐   released from custody on his own recognizance.
   ☑   released from custody under bond of $ 20,000.00
   ☐   other:
         DHS is authorized to implement additional alternative to detention
         requirements it deems appropriate in its exercise of discretion and expertise.

☑   Other:
DHS did not meet its burden to show by clear and convincing evidence a that no condition or combination of conditions of release can reasonably ensure Respondent's appearance.

Immigration Judge: SCHULTZ, ERIC 04/22/2026

Appeal:  Department of Homeland Security:  ☐  waived  ☑  reserved
         Respondent:                       ☑  waived  ☐  reserved
Appeal Due: 05/22/2026


**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : SINGH, GAGANPREET | A-Number : 241-983-283

Riders:

Date: 04/22/2026 By: Cavar, Sandi, Court Staff