Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

GAGANPREET SINGH,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-6410

Petitioner,

v.

TODD M. LYONS Acting Director,
U.S. Immigration and Customs Enforcement et al.,

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the Court dismisses any remaining claims in the petition without prejudice and directs the Clerk of Court to close the case.

Date: May 7, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
Deputy Clerk